Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone:  (310) 424-5557
Facsimile :  (310) 546-5301

Attorney for: Putative John Doe in 3:12-cv-4976-JSW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| INGENUITY 13 LLC, | 3:2012-cv-04976-JSW |
|---|---|
| Plaintiff, | Assigned to: Hon. Jeffrey S. White<br>Referred to:[1] |
| v. | |
| JOHN DOE, | **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PUTATIVE JOHN DOE'S *EX PARTE* APPLICATION FOR LEAVE TO TAKE LIMITED DISCOVERY PRIOR TO RULE 26(f) CONFERENCE REGARDING ALAN COOPER AND TO STAY SUBPOENA RETURN DATE** |
| Defendant. | |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL**

**PLEASE TAKE NOTICE** that the putative John Doe in 3:12-cv-4976-JSW ("Movant"), by and through counsel, hereby provides notice of a supplemental authority in support of Putative John Doe's *Ex Parte* Application for Leave to Take Limited Discovery Prior to Rule 26(f) Conference Regarding Alan Cooper and to Stay a Subpoena Return Date (ECF No. 12).

Specifically, on December 26, 2012, ***Judge Otis D. Wright of the Central District of California granted in full an essentially identical <u>ex parte</u> application*** filed by the

---

[1] Judge Richard G. Seeborg, on behalf of Judge Jeffrey S. White, referred the still-pending *ex parte* application to a Magistrate Judge, but the Magistrate Judge has yet to be assigned. (ECF No. 13).

-1-

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PUTATIVE JOHN DOE'S *EX PARTE* APPLICATION FOR LEAVE TO TAKE LIMITED DISCOVERY PRIOR TO RULE 26(f) CONFERENCE REGARDING ALAN COOPER AND TO STAY SUBPOENA RETURN DATE**

undersigned on behalf of the putative John Doe in *Ingenuity 13, LLC v. John Doe*, C.D. Cal. Case No. 2:12-cv-8333-ODW, ECF No. 32, 12/26/12. Judge Wright signed the proposed order submitted by the undersigned, a true and correct conformed copy of which is attached hereto as <u>Exhibit A</u>.

Respectfully submitted,

DATED: January 3, 2013     THE PIETZ LAW FIRM

*/s/ Morgan E. Pietz*

Morgan E. Pietz
THE PIETZ LAW FIRM
Attorney for Putative John Doe(s)
Appearing on Caption

## CERTIFICATE OF SERVICE

I hereby certify that on this day, the above document was submitted to the CM/ECF system, which sent notification of such filing(s) to the plaintiff, which is registered for electronic service.

Respectfully submitted: January 3, 2013     THE PIETZ LAW FIRM
*/s/ Morgan E. Pietz*
Morgan E. Pietz
THE PIETZ LAW FIRM
Attorney for Putative John Doe(s)
Appearing on Caption

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PUTATIVE JOHN DOE'S *EX PARTE* APPLICATION FOR LEAVE TO TAKE LIMITED DISCOVERY PRIOR TO RULE 26(f) CONFERENCE REGARDING ALAN COOPER AND TO STAY SUBPOENA RETURN DATE**