UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| INGENUITY 13 LLC, | No. C 12-04976 JSW (MEJ) |
| Plaintiff, | **ORDER DENYING EX PARTE APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY** |
| v. | |
| JOHN DOE, | Re: Docket No. 12 |
| Defendant). | |

On December 14, 2012, Defendant John Doe filed an Ex Parte Application for Leave to Take Limited Discovery. Dkt. No. 12. Upon review of Defendant's Application, the Court finds that the need for expedited discovery does not outweigh the prejudice to the responding party. Accordingly, good cause does not exist and Defendant's Application is DENIED. *Semitool, Inc. v. Tokyo Electron. Am., Inc.*, 208 F.R.D. 273 (N.D. Cal. 2002). Defendant's request for a stay of the subpoena return date is also DENIED.

**IT IS SO ORDERED.**

Dated: January 7, 2013

_____
Maria-Elena James
United States Magistrate Judge