UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>           Plaintiff,<br>  v.<br>JOHN DOE,<br><br>           Defendant). | No. C 12-04976 JSW (MEJ)<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR PROTECTIVE ORDER**<br><br>Re: Docket No. 19 |

On January 15, 2013, Defendant John Doe filed a Motion for a Protective Order. Dkt. No. 19. Defendant's Motion is DENIED WITHOUT PREJUDICE. For all discovery-related matters, Defendant shall comply with the undersigned's discovery standing order.

**IT IS SO ORDERED.**

Dated: January 15, 2013

                                                                         _____<br>
                                                                         Maria-Elena James<br>
                                                                         United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**