Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY13 LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 3:12-cv-04976-JSW <br><br> [~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE CASE MANAGEMENT CONFERENCE** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE CASE MANAGEMENT CONFERENCE**

On January 16, 2013, Plaintiff filed a Motion for Administrative Relief for Leave to Continue the CMC, which was scheduled for January 25, 2013. In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that the case management conference currently scheduled for January 25, 2013, is continued to **Friday March 29, 2013, at 1:30 p.m.**

DATED: January 22, 2013

_____
Hon. Jeffrey S. White
United States District Judge